# Third District Court of Appeal
## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0068
Lower Tribunal No. 20-21402
_____

**Midasa, Inc., etc., et al.,**
Appellants,

vs.

**Ocean Bank, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellants.

Law Offices of Mandel, Manganelli & Leider, P.A., and Melisa Manganelli (Boca Raton), for appellee.

Before EMAS, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.